

# NUMBER 13-24-00558-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

## IN THE ESTATE OF STEVEN ANDRE PRUE SR., DECEASED

---

### ON APPEAL FROM THE COUNTY COURT AT LAW NO. 2
### OF NUECES COUNTY, TEXAS

---

# MEMORANDUM OPINION

### Before Justices Silva, West, and Fonseca
### Memorandum Opinion by Justice Silva

This matter is before the Court on its own motion. On November 5, 2024, appellant filed a notice of appeal "challenging the judgments and rulings issued by" County Court at Law Number 2 and related cases in the 79th District Court of Jim Wells County.[1] On December 2, 2024, the Clerk of the Court notified appellant that it appears he is

---

[1] Appellant has a related appeal pending before the Court docketed as appellate cause number 13-24-00372-CV and entitled *In the Estate of Steven Andre Prue Sr., Deceased*. To the extent this notice of appeal relates to that cause, if at all, that cause remains pending before the Court, and appellant is instructed to file all future documents into appellate cause number 13-24-00372-CV.

attempting to appeal an order which is unappealable. On January 7, 2025, the Clerk of the Court again notified appellant of the defect and further advised appellant that if the defect was not cured by January 10, 2025, the appeal would be dismissed. Appellant has failed to comply with the notices from the Clerk of the Court curing the defect and appellant has not specifically filed any document in this cause, or any other, which cures the defect.

To prevent any procedural confusion related to appellate cause number 13-24-00372-CV, and in consideration of appellant's failure to cure the defect related to the notice of appeal in appellate cause number 13-24-00558-CV, this appeal is dismissed for want of prosecution. *See* TEX. R. APP. P. 42.3(b), (c).

CLARISSA SILVA
Justice

Delivered and filed on the
3rd day of April, 2025.

2